```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET PARTY INFORMATION FOR CASE A98-0137--CR (JWS)
                              "USA V RODNEY PERDUE"
                             DEF 1.1 PERDUE, RODNEY

     In public format, including terminated defendants, excluding terminated counsel
```

```
      Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed: 08/19/98
               Closed: 04/29/99
   No. of Defendants: 1
       MJ Case Number:
                  AKA:
      Location status: Released on Own Recognizance
           Trial date:
           Terminated: YES
    Needs interpreter: NO
     Counsel of record: F. Richard Curtner
                        Federal Public Defender Agency
                        550 W. 7th Avenue, Suite 1600
                        Anchorage, AK 99501
                        907-646-3412
                        FAX 907-646-3480
                        Serve: YES
                         Type: FPD
                         Role: Other


   PLF 1.1 UNITED STATES OF AMERICA

   Counsel of record: Steven Skrocki
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial


   Counts re: DEF 1.1 PERDUE, RODNEY
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:656 THEFT BY BANK EMPLOYEE [F] | Sentenced (48-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A98-0137--CR (JWS)
                              "USA V RODNEY PERDUE"

                      In public format, for all filing dates
```

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 08/19/98
           Closed: 04/29/99
No. of Defendants: 1

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/19/98 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 08/19/98 | [Re: DEF 1] JDR Grand Jury Minutes [held 8/19/98], summons to be issued, bail: to be determined. |
| NOTE - 1 | 08/20/98 | Issued: Summons. |
| 3 - 1 | 08/20/98 | [Re: DEF 1] JDR Minute Order re: Arr set for 9/15/98 at 9:30 a.m. cc: USA, USM, USPO, R. Perdue w/USM cy |
| 4 - 1 | 09/08/98 | Return of summons as to R. Perdue executed on 8/30/98. |
| 5 - 1 | 09/10/98 | [Re: DEF 1] Unopposed Motion on shortened time to transfer initial appearance hearing from Anch to Fbks w/att aff of cnsl and exh. |
| 6 - 1 | 09/10/98 | [Re: DEF 1] JDR Order grant unopposed motion for arr to be transferred to Fairbanks. The Arr is set for 9/17/98 at 3:00 p.m. in Fairbanks, AK. cc: USA, FPD, USM, USPO |
| 7 - 1 | 09/14/98 | [Re: DEF 1] Motion on shortened time to appear telephonically at arraignment. |
| 7 - 2 | 09/14/98 | [Re: DEF 1] JDR Order granting motion on shortened time to for cnsl for govt to appear telephonically at arraignment scheduled 9/17/98 at 3:00 p.m. in Fairbanks. (7-1) cc: USA, FPD. |
| 8 - 1 | 09/14/98 | DOC #8 NOT USED |
| NOTE - 2 | 09/21/98 | Issued: Speedy trial memorandum. |
| 9 - 1 | 09/21/98 | [Re: DEF 1] JDR Court Minutes [ECR: Kim Urr] from Arr held 9-21-98: FPD appointed, NG plea entered, Def required to pay 750.00 to FPD, parties to meet and confer by 9-28-98, def released OR, PTM's due 10-05-98. cc;csl/FPO/USMS |
| 10 - 1 | 09/21/98 | [Re: DEF 1] JDR Personal Recognizance Order.cc;csl/FPO/USMS |
| 11 - 1 | 09/21/98 | DEF 1 Financial Affidavit. cc:csl/FPO/USMS |
| 12 - 1 | 09/21/98 | [Re: DEF 1] Order setting conditions of release, OR.  cc:csl/FPO/USMS |
| 13 - 1 | 09/21/98 | [Re: DEF 1] JDR Order regarding preparation for trial: Disc conf 9-28-98, PTM's due 10-5-98. cc:csl/FPO/USMS |
| NOTE - 3 | 09/22/98 | Issued: Speedy Trial Notice to Judge Sedwick. cc: Pam Richter |
| 14 - 1 | 10/01/98 | PLF 1; DEF 1 Stipulation pursuant to discovery conference. |
| 15 - 1 | 10/05/98 | [Re: DEF 1] Unopposed Motion to extend pretrial mot ddln to 10/13/98 w/att aff of cnsl. |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A98-0137--CR (JWS)
                                 "USA V RODNEY PERDUE"

                         In public format, for all filing dates

Document #    Filed       Docket text

   16 -    1  10/06/98    [Re: DEF 1] JDR Order grant unopposed motion to extend PTM's till
                          10/13/98. cc: USA, FPD

   17 -    1  10/07/98    [Re: DEF 1] JWS Minute Order setting trial by jury for 11/16/98 at 9:00
                          and Final PT Conf for 11/16/98 at 8:30am. cc: USA, FPD, USM, PO, MJ
                          Roberts, jury clerk

   18 -    1  10/13/98    DEF 1 motion to dismiss indictment w/att memo and exh.

   19 -    1  10/20/98    [Re: DEF 1] PLF 1 opposition to DEF 1 motion to dismiss indictment
                          (18-1) .

   20 -    1  10/27/98    [Re: DEF 1] JDR Minute Order re: government to review the grand jury
                          proceedings in this cause * assure the crt that the recorded proceedings
                          clearly reveal that the grand jury was given sufficient instruction
                          concerning all the essential elements of the § 656 offense. The
                          government shall make such showing due 11/2/98. cc: USA, FPD

   21 -    1  10/29/98    DEF 1 Unopposed Motion to continue trial currently set for 11/16/98 for
                          at least 45 days w/att aff.

   22 -    1  10/29/98    [Re: DEF 1] JWS Order granting unoppo mot to continue trial.  Trial
                          continued until 12/14/98 at 9:00 a.m.; TBJ set for 11/16/98 vacated.
                          FPTC reset to 12/14/98 at 8:30 a.m.  cc: USA, FPD, Jury Clerk, MJ
                          Roberts, USM, PO

   23 -    1  10/30/98    {SEALED}

   24 -    1  11/03/98    Initial R&R re: DEF 1 motion to dismiss indictment (18-1). Recommended
                          be denied. Objections due NOON 11/13/98. Reply due NOON 11/18/98. cc:
                          USA, FPD, Judge Sedwick

   25 -    1  11/13/98    DEF 1 motion [request] for additional time in which to interpose
                          objections to MJ's R&R w/att aff of cnsl.

   26 -    1  11/16/98    JDR Order granting motion [request] for additional time in which to
                          interpose objections to R&R (25-1).  Objs due by noon 11/17/98,
                          responses to the objs due by noon 11/24/98.  cc:cnsl

   27 -    1  11/19/98    [Re: DEF 1] JWS Order denying motion to dismiss indictment (18-1).  cc:
                          USA, FPD, MJ Roberts, PO, USM

   28 -    1  12/07/98    DEF 1 Notice of Intent to change plea.

   29 -    1  12/08/98    [Re: DEF 1] JWS Order setting PCOP hrg in Anchorage 12/11/98 at 11:00
                          am; 12/14/98 TBJ & FPTC are VACATED; USM to provide def w/transporation
                          from Fbks to Anch for PCOP hrg. cc: USA, FPD, USM, PO, JC, MJ Roberts

   30 -    1  12/08/98    [Re: DEF 1] JWS Order that USM is directed to provide transporation for
                          def from Fbks to Anch on 12/11/98 for def to appear at his COP. cc: USA,
                          FPD, USM, PO

   31 -    1  12/11/98    [Re: DEF 1] JWS Order granting def's oral mot for retun transportation
                          from Anchroage, AK to Fairbanks, AK.  USM directed to provide return
                          transporation after his appearance on 12/11/98.  cc: USA, FPD, USM, PO

   32 -    1  12/11/98    [Re: DEF 1] JWS Court Minutes [ECR: Pam Richter] of PCOP hrg held
                          12/11/98:  DEF advised of rights, charges & penalties.  DEF sworn;

ACMS: R_RDSDI              As of 03/08/06 at 4:09 PM by LINDA                          Page 2
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A98-0137--CR (JWS)
                                  "USA V RODNEY PERDUE"

                         In public format, for all filing dates

Document #   Filed      Docket text
                        stated true name.  DEF changed plea to guilty on count 1; Crt accepted
                        plea & referred to PO for PSR.  DEF oral mot for sentencing date in
                        March granted; Crt to issued ord.  Conditions of release to continue as
                        previously set.  DEF's oral mot for teturn transportation to Fairbanks
                        granted; ord signed.  TBJ vacated if not alread done so.  cc: USA, FPD,
                        USM, PO, Jury Clerk, MJ Roberts

  33 -    1  12/11/98   [Re: DEF 1] JWS Order setting IOS for 03/18/99 at 9:00 a.m. at
                        Anchorage.  If parties want evidentiary hrg, req to be fld NLT 03/12/99;
                        if evidentiary hrg is timely requested it will be held in Fairbanks
                        unless req indicates parties no longer prefer Fairbanks.  cc: USA, FPD,
                        USM, PO, ECRs, Fairbanks Clerk

  34 -    1  03/01/99   DEF 1 Notice of intent to utilize expert testimony of Jeffrey Barksky.

  35 -    1  03/10/99   [Re: DEF 1] PLF 1 Notice re: presentation of witnesses at IOS.

  36 -    1  03/12/99   [Re: DEF 1] Unopposed Motion for evidentiary hrg in FBKS and new
                        sentencing date w/att aff of cnsl.

  37 -    1  03/15/99   [Re: DEF 1] JWS Order GRANTING unopp mot (36-1); evid hrg/IOS set 9:30
                        a.m., 4/7/99 at Fbks, AK.  cc: USA, FPD, USM, PO, ECR, Div Deputy Clerk

  38 -    1  03/29/99   [Re: DEF 1] Unopposed Motion to continue evidentiary/ sentencing hrg
                        w/att aff of cnsl.

  38 -    2  03/29/99   [Re: DEF 1] Unopposed Motion for shortened time re: unopposed motion to
                        continue evidentiary/sentencing hrg w/att aff.

  39 -    1  03/30/99   [Re: DEF 1] JWS Order grant unopposed motion on shortened time to
                        continue evidentiary/sentencing hrg. Evidentiary/Sentencing hrg set for
                        4/7/99 is VACATED & RESET for 4/14/99 at 11:15 a.m. in Fairbanks, AK.
                        cc: USA, FPD, USM, USPO

  40 -    1  04/07/99   [Re: DEF 1] PLF 1 Sentencing Memorandum.

  41 -    1  04/08/99   DEF 1 Sentencing Memorandum w/att exhs.

  42 -    1  04/12/99   [Re: DEF 1] Transcript re:PCOP held 12/11/98.

  43 -    1  04/12/99   DEF 1 Notice of lodging statements re: sentencing w/att statements.

  44 -    1  04/13/99   DEF 1 Notice of lodging documents re: sentencing w/att documents.

  45 -    1  04/13/99   DEF 1 Addendum to sentencing memo.

  46 -    1  04/13/99   [Re: DEF 1] PLF 1  Response to def's sentencing memo addendum and notice
                        regarding change in sentencing recommendation on shorten time.

  47 -    1  04/14/99   [Re: DEF 1] JWS Court Minutes [ECR: Pam Wertz] IOS held 4/14/99, 6
                        months, 30 days incarcerated, time to be served intermittently on
                        weekends, 5 months home confinement, 5 years supervised release,
                        w/special conditions, SA $100.00, Restitution $67,941.15.

  48 -    1  04/29/99   [Re: DEF 1] JWS Judgment re def pled guilty to count 1 of Indictment;
                        sent 30 days; supervised release 60 months; special assessement $100;
                        Restitution $67,941.15 cc: USA, FPD, USM, USPO, MJ Roberts, FLU, R.
                        Perdue w/cnsls cy
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A98-0137--CR (JWS)
                     "USA V RODNEY PERDUE"
```

In public format, for all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 49 - | 1 | 06/03/99 | [Re: DEF 1] Transcript [partial] re: evidentiary hrg: IOS held 4/14/99. |
| 50 - | 1 | 08/17/99 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD re: DEF 1. |
| NOTE - | 4 | 08/19/99 | Issued: writ of execution on PFD re: DEF 1. |
| 51 - | 1 | 11/03/99 | [Re: DEF 1] Transcript re: o/a on defs' mot to permit joinder of parties #22 held on 12/16/98. |
| 52 - | 1 | 11/04/99 | USM Return of service on writ of execution re: PFD, partially satisfied $1,765.84 [receipt #110414] w/att exhs. |
| 53 - | 1 | 12/03/99 | [Re: DEF 1] PLF 1 motion to release attached PFD funds. |
| 54 - | 1 | 12/28/99 | [Re: DEF 1] JWS Order granting motion to release attached PFD funds in the amount of $1,765.84 (53-1). cc; USA, Finance |
| 55 - | 1 | 05/22/00 | [Re: DEF 1] PLF 1 Application re: Writ of Execution re PFD. |
| NOTE - | 5 | 05/23/00 | Issued: writ issued re: PFD. |
| 56 - | 1 | 11/03/00 | USM Return on writ of execution re: PFD unsatisfied on 6/12/00. |
| 57 - | 1 | 04/18/01 | [Re: DEF 1] PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - | 6 | 04/19/01 | Issued: writ of execution re: DEF 1 on PFD. |
| 58 - | 1 | 04/27/01 | DEF 1 motion to modify requirement that interest be collected on restitution obligation |
| 59 - | 1 | 05/03/01 | [Re: DEF 1] PLF 1 non-opposition to DEF 1 motion to modify requirement that interest be collected on restitution obligation (58-1) |
| 58 - | 2 | 05/07/01 | JWS Order granting motion to modify requirement that interest be collected on restitution (58-1). cc: USA, R. Curtner, USPO, USM, FLU |
| 60 - | 1 | 02/14/02 | USM Return of svc on writ of execution re: DEF 1 executed 9/25/01 no funds. |
| 61 - | 1 | 07/15/04 | [Re: DEF 1] JWS Order & rpt re: SR; no action to be taken on viol of SR. cc: USPO |
| 62 - | 1 | 06/30/05 | [Re: DEF 1] WITHDRAWN PER NOTICE AT DKT # 63 PLF 1 Application re: Writ of Execution on PFD. |
| NOTE - | 7 | 07/18/05 | Issued: writ of execution re: DEF 1 on PFD. |
| 63 - | 1 | 08/25/05 | [Re: DEF 1] PLF 1 Notice of w/d of writ of execution of PFD as def paid in full the debt at issue on 8/15/05. |