# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | A98-137 Cr (JWS) |
| DEFENDANT Rodney Perdue | TYPE OF PROCESS WRIT OF GARNISHMENT |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
State of Alaska, Department of Revenue, Enforcement Division

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1016 W. 6th Ave., Ste. 100, Anchorage, AK 99501   Attn: Public Service Dept.

RECEIVED
MAR 0 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Richard L. Pomeroy
Assistant U.S. Attorney
222 W. 7th Ave., Rm 253, #9
Anchorage, AK 99513-7567

| Number of process to be served with this Form-285 | |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve writ to attach debtor's Alaska Permanent Fund Dividend.
Do not prepare additional USMS Notice of Levy for this writ package.

Signature of Attorney or other Originator requesting service on behalf of:
Richard L. Pomeroy, A.U.S.A.     XX ☐ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (907) 271-5071
DATE: 7/22/05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 7-25-05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/22/05   Time: 1301  pm
Signature of U.S. Marshal or Deputy

| Service Fee 45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: No funds

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

qryG0137

| | |
|---|---|
| 2005 A01108CR | P |
| 2005 F93035CRJWS | P |
| 2005 A01022MI | P |
| 2005 A01143CRJWS | P |
| 2005 A0123CR | P |
| 2005 A0352CR | D |
| 2005 A98182CRJWS | D |
| 2005 A92362CV | D |
| 2005 A88389CIV | D |
| 2005 F02002CR | D |
| 2005 A01035CR | D |
| 2005 J0415CI | D |
| 2005 A03181CV | D |
| 2005 A02053CR | D |
| 2005 A04046CV | D |
| 2005 A01048CRJWS | D |
| 2005 A01083CV | D |
| 2005 A01177CR | D |
| 2005 A0111CR | D |
| 2005 A99093CR | D |
| 2005 A02041CR | D |
| 2005 A95468CV | D |
| 2005 J03014CR | D |
| 2005 A0384CR | D |
| 2005 A01071CR | D |
| 2005 A98104CV | D |
| 2005 A035CR | D |
| 2005 A0289CR | D |
| 2005 F911223CR | D |
| 2005 A98105CR | D |
| 2005 A0388CR | D |
| 2005 A04027CV | D |
| 2005 A00069CR | D |
| 2005 A99553CV | D |
| 2005 A0429MI | D |
| 2005 A97423CV | D |
| 2005 K01003CR | D |
| 2005 A98018CR | D |
| 2005 A99130CR | D |
| 2005 A98040CV | D |
| 2005 A980121CR | D |
| 2005 A03088CR | D |
| 2005 A980531CR | D |
| 2005 F95037CR | D |
| 2005 A02112CR | D |
| 2005 A03096CR | D |
| 2005 A97375CV | D |
| 2005 A0229CR | D |
| 2005 A9325MISC | D |
| 2005 A99130CR | D |
| 2005 A98137CR | Released |
| 2005 A99519CV | Denied |

Page 3

# NOTICE OF LEVY ON ALASKA PERMANENT FUND DIVIDEND
# BY A COURT WRIT

To: State of Alaska
    Department of Revenue
    Permanent Fund Dividend Division

From: United States Marshals
    222 W. 7th Avenue, #28
    Anchorage, AK 99513-7504
    Phone (907) 271-5154

*- For PFD Division Use Only -*

Location

Priority _____

____ Check here if you are adding or correcting information from a previously submitted notice of levy. Date of previous notice _____.
*Highlight information being corrected or added.*

**U.S. DISTRICT COURT CASE NUMBER:** A98-137-CR (JWS)
**Criminal Fine or Restitution (100% of PFD attachable)**

YOU ARE HEREBY NOTIFIED that all funds in your possession or under your control belonging to the person identified below, not exceeding the Total Due listed below, is hereby levied upon by the attached writ.

**Judgment Debtor Name:** RODNEY PERDUE

**AKA or Alias:** _____

**Social Security Number:**

**Date of Birth:**

**Amount of Writ** $51,030.96

**Service Fee** $

**Interest to October 15** $

**Total Due** $51,030.96

Service Agent

Signature: [signed]

Printed Name: K. Gunn

Date: 7/26

Title:

Funds seized under this Notice of Levy will be forwarded to the Clerk of Court that issued the writ.

TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. A98-137-CR(JWS) |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | WRIT OF EXECUTION ON PERMANENT FUND DIVIDEND |
| RODNEY PERDUE, | ) | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On April 14, 1999, judgment was imposed in the above-entitled court and action, in favor of the United States of America as judgment creditor and against RODNEY PERDUE as judgment debtor, for

| $0.00 | criminal fines |
|---|---|
| $67,941.15 | restitution |
| $100.00 | special assessments |
| $68,041.15 | JUDGMENT AS ENTERED |

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

 $0.00  late-payment penalties per 18 U.S.C.
      § 3565(c)(2) and 18 U.S.C. § 3612

 $8.65  accrued interest, and

 $147.00  accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

 $17,165.84  which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

 $51,030.96  ACTUALLY DUE on June 29, 2005, of which $50,875.31 is due on the judgment as entered and bears interest at the rate of 0%, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

DATED this 18th day of July, 2005 at Anchorage, Alaska.

          IDA ROMACK
          Clerk of Court

      By: _____
         Deputy Clerk

2